**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MAGNOLIA PEARL, LLC, | |
| Plaintiff, | Case No. 1:25-cv-07907 |
| v. | |
| ROBERT LESHTZ, LE SHENT INC., and DOES 1-10 INCLUSIVE, | Judge: Hon. John J. Tharp, Jr. |
| Defendants. | |

## JOINT NOTICE OF SETTLEMENT AND MOTION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT

Plaintiff Magnolia Pearl, LLC ("Magnolia Pearl" or "Plaintiff") and Defendants Robert Leshtz ("Leshtz") and Leshent Inc.[1] ("Leshent") (collectively, "Defendants") (all together, "Parties") hereby jointly notify the Court that they have reached agreement to resolve this matter on confidential financial terms, along with the non-confidential terms set out in the enclosed proposed Final Judgment and Permanent Injunction on Consent (the "Proposed Consent Judgment"). The parties jointly move the Court to enter the Proposed Consent Judgment.

The Proposed Consent Judgment is the product of arm's length negotiations between the Parties, each of whom is represented by counsel. All Parties consent and agree to entry of final judgment in accordance with the Proposed Consent Judgment.

---

[1] The name for Defendant Leshent Inc. is misspelled in the Complaint (Dkt. 1) as Le Shent Inc. and should be Leshent Inc.

-1-

4933-3867-1748.1

-2-

Dated:  March 9, 2026

Respectfully submitted,

By:  /s/ *Jeanne M. Gills*

Jeanne M. Gills
FOLEY & LARDNER LLP
321 North Clark Street
Suite 3000
Chicago, Illinois 60654
Tel:  (312) 832-4500
Email: jmgills@foley.com

Justin M. Sobaje (*pro hac vice*)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
E-mail: jsobaje@foley.com

Emily R. Ostreich
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602
Tel: (813) 221-4210
E-mail: eostreich@foley.com

**ATTORNEYS FOR PLAINTIFF
MAGNOLIA PEARL, LLC**

By:  /s/ *Alan J. Mandel*

Alan Jay Mandel
ALAN J MANDEL LTD.
7520 Skokie Boulevard
Skokie, Illinois 60077
Tel: (847) 329-8450
Email: alan@mandelaw.net

**ATTORNEYS FOR DEFENDANTS
ROBERT LESHTZ and LESHENT INC.**

4933-3867-1748.1