**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MAGNOLIA PEARL, LLC, | |
| Plaintiff, | Case No. 1:25-cv-07907 |
| v. | |
| ROBERT LESHTZ, LE SHENT INC., and DOES 1-10 INCLUSIVE, | Judge: Hon. John J. Tharp, Jr. |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT AND MOTION FOR ENTRY OF [PROPOSED]
CONSENT JUDGMENT**

Plaintiff Magnolia Pearl, LLC ("Magnolia Pearl" or "Plaintiff") and Defendants Robert Leshtz ("Leshtz") and Leshent Inc.[1] ("Leshent") (collectively, "Defendants") (all together, "Parties") hereby jointly notify the Court that they have reached agreement to resolve this matter on confidential financial terms, along with the non-confidential terms set out in the enclosed proposed Final Judgment and Permanent Injunction on Consent (the "Proposed Consent Judgment"). The parties jointly move the Court to enter the Proposed Consent Judgment.

The Proposed Consent Judgment is the product of arm's length negotiations between the Parties, each of whom is represented by counsel. All Parties consent and agree to entry of final judgment in accordance with the Proposed Consent Judgment.

---

[1] The name for Defendant Leshent Inc. is misspelled in the Complaint (Dkt. 1) as Le Shent Inc. and should be Leshent Inc.

-1-

-2-

Dated:  March 10, 2026                              Respectfully submitted,


By:  /s/ *Jeanne M. Gills*                          By:  /s/ *Alan J. Mandel*

Jeanne M. Gills                                     Alan Jay Mandel
FOLEY & LARDNER LLP                                 ALAN J MANDEL LTD.
321 North Clark Street                              7520 Skokie Boulevard
Suite 3000                                          Skokie, Illinois 60077
Chicago, Illinois 60654                             Tel: (847) 329-8450
Tel:  (312) 832-4500                                Email: alan@mandelaw.net
Email: jmgills@foley.com

                                                    **ATTORNEYS FOR DEFENDANTS**
Justin M. Sobaje (*pro hac vice*)                   **ROBERT LESHTZ and LESHENT INC.**
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
E-mail: jsobaje@foley.com


Emily R. Ostreich
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602
Tel: (813) 221-4210
E-mail: eostreich@foley.com

**ATTORNEYS FOR PLAINTIFF**
**MAGNOLIA PEARL, LLC**

-2-